<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-1200**

————————

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

COUNTY OF FAIRFAX, VIRGINIA; KATHERINE K. HANLEY, Chairman of the Board of Supervisors; LERNER CORPORATION; VICKY MURABITO, Manager of Morningside Apartments,

Defendants - Appellees,

and

JOHN TURNER,

Movant - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-02-1726-A)

————————

Submitted: April 24, 2003          Decided: May 2, 2003

————————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

Charles William Levy, Appellant Pro Se.  Edward Everett Rose, III, COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia; Ina Christina Charvet, LAWSON & FRANK, P.C., Arlington, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals from the district court's orders dismissing his civil complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Levy v. County of Fairfax, No. CA-02-1726-A (E.D. Va. filed Jan. 13, 2003 & entered Jan. 17, 2003; filed Jan. 31, 2003 & entered Feb. 4, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2